JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS SICKLOVAN, <br><br> Defendant. | No. CR17-170-JLR <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Mr. Sicklovan's motion to extend the deadline for pretrial motions and all the records and files in this case.

IT IS ORDERED that the due date for pretrial motions is extended from August 8, 2017, to August 15, 2017.

DONE this 10th day of August, 2017.

*[signature]*

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Travis Sicklovan

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*Travis Sicklovan*, CR17-170-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100