JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-0170JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| TRAVIS SICKLOVAN, | ) | |
| Defendant. | ) | |

THE COURT has considered Mr. Sicklovan's unopposed motion to extend the deadline for pretrial motions and all the records and files in this case.

IT IS NOW ORDERED that the due date for pretrial motions is extended from October 20 to October 30, 2017. No further continuances of pretrial motions or the trial date will be granted.

DONE this 20th day of October, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Travis Sicklovan

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*Travis Sicklovan*, CR17-170-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**