The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-170-JLR |
|---|---|
| Plaintiff, | [Proposed] ORDER TO SEAL EXHIBIT A TO GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| TRAVIS SICKLOVAN, | |
| Defendant. | |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

Exhibit A to the Government's Dispositional Memorandum be FILED UNDER SEAL to protect victim personally identifiable information, and for this reason, Exhibit A is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 6th day of February, 2018.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER TO SEAL - 1
*United States v. Travis Sicklovan*, CR17-170-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970