THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVIS SICKLOVAN,<br><br>        Defendant. | No. CR17-170JLR<br><br>ORDER GRANTING UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO REPORT |

The Court has reviewed the defendant's motion for an extension of time to report to the BOP, and the records and files in this case.

The Court GRANTS the motion. Mr. Sicklovan's report date is extended from July 6, 2022, to no later than August 15, 2022, 2:00 p.m.

DATED this 5th day of July, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Corey Endo*
First Assistant Federal Public Defender
Attorney for Travis Sicklovan

ORDER GRANTING UNOPPOSED
EMERGENCY MOTION FOR EXTENSION
OF TIME TO REPORT
(*United States v. Sicklovan,* CR17-170JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100